# United States Court of Appeals
## For the First Circuit

No. 08-2564

LUIS F. MEDINA,

Plaintiff, Appellant,

v.

METROPOLITAN LIFE INSURANCE COMPANY,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on November 25, 2009, is amended as follows:

On the cover sheet replace "Sonia B. Alfaro de la Vega with whom Alfaro Alfaro & Acevedo-Carlson, was on brief, for appellees." with "Sonia B. Alfaro de la Vega with whom Alfaro Alfaro & Acevedo-Carlson, was on brief, for appellant." and replace "Frank Gotay-Barquet with whom Gotay & Pérez, P.S.C., was on brief, for appellant." with "Frank Gotay-Barquet with whom Gotay & Pérez, P.S.C., was on brief, for appellees."